UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Earthy, LLC
                    Plaintiff,

v.                                              Case No.: 1:16−cv−04934
                                                Honorable Elaine E. Bucklo

BB&HC,; LLC
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 11, 2016:

MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's Motion to compel [47] is resolved by agreement of the parties. Plaintiff shall produce the documents to defendant by 10/25/2016. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.