# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| EARTHY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:16-cv-4934 |
| | ) | |
| v. | ) | Judge Elaine E. Bucklo |
| | ) | |
| BB&HC, LLC, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## MCDERMOTT WILL & EMERY LLP'S
## MOTION TO WITHDRAW AS COUNSEL FOR
## PLAINTIFF EARTHY, LLC

Pursuant to Local Rule 83.17, Daniel N. Christus, John J. Dabney, Alex Michael Grabowski, and Alison Levin Nadel, all attorneys associated with the law firm of McDermott Will & Emery LLP ("McDermott") and hereafter collectively referred to as the "McDermott Attorneys," seek leave to withdraw from the above-captioned litigation as counsel for Plaintiff Earthy, LLC ("Earthy"). In support of the Motion, McDermott states as follows:

1. Local Rule 83.17 provides that an attorney must obtain leave of the Court to withdraw from a case.

2. Earthy LLC has agreed and consented to the withdrawal of McDermott and the McDermott Attorneys.

3. This case was filed in early May, 2016. Trial has not yet been scheduled, and depositions have not yet begun. The close of discovery was recently extended, by agreement of the parties to this litigation, for an additional three months until January 26, 2017 for fact discovery and until March 28, 2017 for expert discovery. In view of this Motion for Withdrawal,

Earthy LLC will agree and consent to further reasonable extensions of time for the close of discovery. Thus, the parties to this litigation will not be unreasonably prejudiced by this withdrawal.

4. Earthy LLC is currently seeking new counsel, and expects that new counsel will file their appearance with this Court within twenty-one days.

For the foregoing reasons, McDermott and the McDermott Attorneys respectfully request that this Court grant this Motion to Withdraw as Counsel for Earthy LLC.

Dated: October 31, 2016

Respectfully submitted,

*/s/ Daniel N. Christus*
Daniel N. Christus
John J. Dabney
Alex Michael Grabowski
Alison Levin Nadel
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
312.372.2000

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2016, I caused a copy of the foregoing document to be served on the following parties:

| | |
|---|---|
| John Anthony Di Giacomo<br>REVISION LEGAL, PLLC<br>109 E. Front St., Suite 309<br>Traverse City, Michigan 49684<br>john@revisionlegal.com | Robert F. Huff, Jr.<br>ZWILLGEN PLLC<br>300 N. LaSalle St., 49th Floor<br>Chicago, IL 60654<br>bart@zwillgen.com |
| Eric William Misterovich<br>REVISION LEGAL, PLLC<br>125 South Kalamazoo Mall<br>Suite 203<br>Kalamazoo, Michigan 49007<br>eric@revisionlegal.com | |

                                          */s/ Daniel N. Christus*
                                          Daniel N. Christus

06/12/15

United States District Court
Northern District of Illinois

Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-4934

**Case Title**: Earthy, LLC v. BB&HC, LLC

**Judge**: Elaine E. Bucklo

**Name of Attorney submitting the motion to withdraw**:
Daniel N. Christus, John J. Dabney, Alex Michael Grabowski, Alison Levin Nadel

**Name of Client**:
Earthy, LLC

**Mailing address of Client**: 44 Green Bay Rd.

**City**: Winnetka  **State**: IL

**Zip**: 60093  **Telephone Number**: (847) 446-4441

**I attest that the above information is true and correct to the best of my knowledge.**
**Signed**: _[signature]_

**Date**: October 31, 2016