UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EARTHY, LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | Civil Action No. 1:16-cv-4934 |
| | ) | |
| v. | ) | Judge Elaine E. Bucklo |
| | ) | |
| BB&HC, LLC, | ) | |
| | ) | JURY TRIAL DEMANDED |
|     Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, Friday, November 4, 2016 at 9:00 a.m., or as soon thereafter as counsel may be heard, attorneys associated with the law firm of McDermott Will & Emery LLP will appear before the Honorable Elaine E. Bucklo or any judge sitting in her stead in Courtroom 2243 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present the attached **MCDERMOTT WILL & EMERY LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF EARTHY, LLC.**

Dated: October 31, 2016

                                            Respectfully submitted,

                                            */s/ Daniel N. Christus*
                                            Daniel N. Christus
                                            John J. Dabney
                                            Alex Michael Grabowski
                                            Alison Levin Nadel
                                            MCDERMOTT WILL & EMERY LLP
                                            227 West Monroe Street
                                            Chicago, IL 60606
                                            312.372.2000

## **CERTIFICATE OF SERVICE**

I hereby certify that on Monday, October 31, 2016, I caused a copy of the foregoing document to be served on the following parties:

John Anthony Di Giacomo
REVISION LEGAL, PLLC
109 E. Front St., Suite 309
Traverse City, Michigan 49684
john@revisionlegal.com

Robert F. Huff, Jr.
ZWILLGEN PLLC
300 N. LaSalle St., 49th Floor
Chicago, IL 60654
bart@zwillgen.com

Eric William Misterovich
REVISION LEGAL, PLLC
125 South Kalamazoo Mall
Suite 203
Kalamazoo, Michigan 49007

*/s/ Daniel N. Christus*
Daniel N. Christus