UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Earthy, LLC
                    Plaintiff,
v.                                    Case No.: 1:16−cv−04934
                                      Honorable Elaine E. Bucklo
BB&HC,; LLC
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 30, 2017:

    MINUTE entry before the Honorable Young B. Kim: Defendant's second motion to compel [69] is granted in part and denied in part. Enter Order. Plaintiff has until February 14, 2017, to supplement its discovery responses in accordance with this order. Plaintiff is also directed to notify Venus Laboratories ("Venus"), by February 2, 2017, of the court's decision and that Venus may file an objection with this court by February 13, 2017, if it wishes to be heard on the issue related to its settlement agreement with Plaintiff. If Venus timely objects to the court's order, Plaintiff is not required to supplement its response to Defendant's Request for Production of Documents Nos. 7 and 8 until further order of the court. As to Defendant's third motion to compel, (R. 72), John Vlahakis has until February 13, 2017, to file a response to the extent that the motion pertains to a subpoena served on him. The hearing on this motion scheduled for February 10, 2017, is stricken. As to the joint motion for an extension of time to complete discovery, (R. 70), the parties neglected to properly notice the motion before the assigned District Judge−−−the judge who set the discovery schedule−−− for presentment and ruling in accordance with Local Rule 5.3(b). Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.