## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Earthy, LLC
                      Plaintiff,

v.
                                                  Case No.: 1:16−cv−04934
                                                  Honorable Elaine E. Bucklo

BB&HC,; LLC
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 8, 2017:

       MINUTE entry before the Honorable Young B. Kim: Defendant's third motion to compel [72] is granted in part. Enter Order. Plaintiff is ordered to comply with this order by February 22, 2017. The motion remains pending at it pertains to the subpoena served on John Vlahakis. Parties are not to serve any other written discovery requests, except for third−party subpoenas and requests to admit, without leave of court. If either side wishes to serve supplemental written discovery requests, a motion showing good cause for the need must be filed along with the proposed discovery as an exhibit to the motion. Parties are urged to schedule their depositions as soon as possible as fact discovery closes on March 27, 2017. A status hearing is scheduled for March 22, 2017, at 11:00 a.m. in courtroom 1019 for a report on the need for expert discovery. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.