EXHIBIT C

Remit To:

P.O. Box 18379M

St. Louis, Missouri 63195


ACH Instructions:

Account Name: Thompson Coburn LLP

Bank: U.S. Bank
February 20, 2014
ABA/Routing Number: 021052053

Account Number: 25657335
Invoice #3027763
Please reference invoice number(s).


Direct Correspondence To:

312-346-7500

AccountsReceivable@ThompsonCoburn.com


TIN 43-0666662
        John Vlahakis
        44 Greenbay Road
        Winnetka, Illinois 60093



For Legal Services Rendered in Connection With:

US - Trademark for E EARTHY (design mark)
TC File: 54411 / 114315

01/02/14   H. Al-Shathir           0.3     Telephone call with J. Vlahakis re
office action and correspondence re
                                           same
01/16/14   H. Al-Shathir           1.2     Work on office action response

Total Hours
1.50
Amount For Services
$570.00

                              TIME SUMMARY BY TIMEKEEPER

| | Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| | H. Al-Shathir | 1.50 | $380.00 | $570.00 |
| | Total All Timekeepers | 1.50 | $380.00 | $570.00 |

TOTAL DUE
$570.00

Invoice
Payment Due Upon Receipt

--- OCR From Images ---
 THOMPSON
a COBURN «a

Direct Correspondence To:

55 East Monroe Street, 37th Floor
February 20, 2014
Chicago, Illinois 60603

312-346-7500

AccountsReceivable@ThompsonCoburn.com

        John Vlahakis
        44 Greenbay Road
        Winnetka, Illinois 60093
TIN 43-0666662


                        REMITTANCE COPY
                   PAYMENT DUE UPON RECEIPT
          PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT


                 Invoice # 3027763                    $570.00


                Please remit this copy with your check to:

                     Thompson Coburn LLP
                      P.O. Box 18379M
                     St. Louis, MO 63195


                      ACH Instructions (United States only):
                    Account Name: Thompson Coburn LLP
                    Bank: U.S. Bank
                    ABA/Routing Number: 021052053
                    Account Number: 25657335

           Please reference invoice number(s) with ACH or send an e-mail with
the information to

                      AccountsReceivable@ThompsonCoburn.com

                 FOR WIRE TRANSFER INSTRUCTIONS PLEASE CONTACT

                      AccountsReceivable@ThompsonCoburn.com


--- OCR From Images ---
THOMPSON
COBURN ua