IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Earthy, LLC

          Plaintiff,

v.

BB&HC, LLC,

          Defendant.
_____/

Civil Action No. 1:16-cv-04934

**NOTICE OF PRESENTMENT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COUNTER-CLAIM**

PLEASE TAKE NOTICE that on May 10, 2017, at 9:30am, or as soon thereafter as counsel may be heard, counsel for Defendant shall appear before the Honorable Elaine E. Bucklo or any judge sitting in Courtroom 2243 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present Defendant BB&HC, LLC's Motion for Leave to File Second Amended Counter-Claim, copies of which are filed herewith.

Dated: April 27, 2017

/s/ John Di Giacomo
John Di Giacomo
Revision Legal, PLLC
109 E. Front St.
Suite 309
Traverse City, MI 49684
Phone: (231) 714-0100
Fax: (231) 714-0200
Email: john@revisionlegal.com
*Attorneys for Defendant BB&HC, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2017, I electronically filed the foregoing Notice of Presentment of Motion for Leave to File Second Amended Counter-Claim with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Bernard A. Henry
Rieck and Crotty, P.C.
55 West Monroe Street, Suite 3625
Chicago, Illinois 60603

                                           */s/ John Di Giacomo*
                                           John Di Giacomo
                                           Revision Legal, PLC
                                           109 E. Front St.
                                           Suite 309
                                           Traverse City, MI 49684
                                           (231) 714-0100
                                           john@revisionlegal.com