Earthy, LLC
                      Plaintiff,

v.                                           Case No.: 1:16–cv–04934
                                                 Honorable Elaine E. Bucklo

BB&HC,; LLC
                      Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 8, 2017:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant BB&HC;'s Motion for Leave to File a Second Amended Counterclaim [93] is granted. Counterdefendant is given until 9/1/17 to conduct any discovery. All existing dates for dispositive motions are extended three months. Status hearing previously set for 8/14/17 is stricken and reset to 11/15/17 at 9:30 a.m. Motion hearing set for 6/9/17 is stricken and no appearance is necessary. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.